RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Johnny Le Andrew Hudson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00047-JCM-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| JOHNNY LE ANDREW HUDSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Brian Y. Whang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Johnny Le Andrew Hudson, that the Revocation Hearing currently scheduled on July 3, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.  Defense counsel requires additional time to meet with defendant, review discovery, conduct independent investigation, and advise the defendant on his legal options.

2.  The defendant is in custody and agrees with the need for the continuance.

3.  The parties agree to the continuance.

1  This is the first request for a continuance of the revocation hearing.

2  DATED this 25th day of June, 2024.

| RENE L. VALLADARES | JASON M. FRIERSON |
| Federal Public Defender | United States Attorney |

By */s/ Joy Chen*                                    By */s/ Brian Y. Whang*
JOY CHEN                                              BRIAN Y. WHANG
Assistant Federal Public Defender      Assistant United States Attorney

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHNNY LE ANDREW HUDSON,<br><br>　　　　　Defendant. | Case No. 2:23-cr-00047-JCM-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, July 3, 2024 at 10:00 a.m., be vacated and continued to **August 5, 2024, at 10:00 a.m.**; or to a time and date convenient to the court.

DATED June 26, 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE